RECEIVED
WESTERN DISTRICT OF LA
ROBERT H. S...., CLERK
DATE 12 18 06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Todd Crews | Civil Action No. 6:05-CV-2126 |
| v. | Judge Tucker L. Melançon |
| J. Ray McDermott, Inc. | Magistrate Judge Methvin |

## ORDER

The Court is in receipt of records regarding plaintiff Todd Crews, maintained by the Louisiana Department of Public Safety and Corrections and released to the Court for *in camera* inspection in compliance with a subpoena issued by defendant J. Ray McDermott, Inc.'s counsel of record. The Court, having reviewed the entirety of the requested records and in consideration of LSA-R.S. 15:574.12, Louisiana Code of Criminal Procedure Article 877 and LSA-R.S. 15:1171.12, has determined that the attached records may be relevant to this matter and it is appropriate to release them to counsel for defendant. It is, therefore

ORDERED that plaintiff's medical records, attached to this Order, are to be released to defendant's counsel of record, including the attached statement for the cost of reproduction of documents in the amount of one-hundred and four dollars ($104.00) that counsel is directed to pay to the Louisiana Department of Public Safety and Correction forthwith..

THUS DONE AND SIGNED this 18th day of December, 2006, at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge